# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D** Date: 11/6/2026 Time: 9:00 AM

Defendant: Terrance Cornell Dudley (J) J#: 04550-513 Case #: 26-Mj-6629-DSW

AUSA: **Catherine Koontz** Attorney: **AFPD – Wesley Wallace for Peter Patanzo**

Violation: Conspiracy to Commit Wire Fraud and Bank Fraud

Proceeding: Detention/Removal CJA Appt: ____

Bond/PTD Held: ○ Yes ◉ No Recommended Bond: Pretrial Detention

Bond Set at: ____ Co-signed by: ____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____x's a week/month by phone: ____x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol/drugs
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses/
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: English

Disposition:

Defendant present. Detention/ Removal hearing held. Government's composite exhibit #1 admitted into evidence. Witnesses Agent Rodney Sankar and Tranika Mason (Deft's sister) sworn and testified. The Government and Defense gave oral argument and closing statements/proffers. Having heard both, the Court grants the Government's Ore Tenus motion for Pretrial Detention – based on the risk of flight. Order to follow.

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report Re: Counsel: ____

**PTD/Probable Cause:** ____

Prelim/Arraignment: ____

Extradition hearing: ____

D.A.R. 9:10:18/10:20:50 Time in Court: 1 hour 10 minutes

**CHECK IF APPLICABLE: __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**